IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01539-CMA-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$36,000.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 21), and the Court, having reviewed said Motion, FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the sole claimant, Max Sterling, through the law firm of Nicolas Geman, Esq., has filed a Notice of Claim and Answer to the Verified Complaint;

THAT the United States and Claimant Max Sterling through Nicolas Geman, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the Defendant Property have been filed;

2

THAT upon agreement of the parties, Claimant Max Sterling agrees to forfeit $24,000.00 of Defendant $36,000.00 in United States Currency, which funds will be forfeited pursuant to 21 U.S.C. § 881 and disposed of in accordance with law;

THAT upon agreement of the parties, the United States has agreed to return to Claimant Max Sterling, the remaining $12,000.00 of Defendant $36,000.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $24,000.00 of Defendant $36,000.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited $24,000.00, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of Defendant $36,000.00 in United States Currency pursuant to 28 U.S.C. § 2465.

SO ORDERED this __28th__ day of April, 2011.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge